IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BYRON SCOTT WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 1:14-cv-0018 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| INTEGRITY NUTRACEUTICALS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 34). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _11_ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court